UNITED STATES DISTRICT COURT<br>
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:12-cv-00842-TWP-MJD |
| ) | |
| v. ) | |
| ) | |
| STEPHEN MCSWEENEY, CHARLIE ) | |
| TOLLEY, JEREMIAH MCKINNEY, JAMES ) | |
| HELFERICH, ERNEST NURULLAEVA and ) | |
| JOHN DOE 1 and 7, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<b><u>STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S FIRST DISCOVERY REQUESTS SERVED MAY 29, 2013, AND FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS SERVED MAY 30, 2013</u></b>

Plaintiff, Malibu Media, LLC and Defendant, James Helferich, by and through their respective counsel, hereby agree and stipulate that the deadline for Plaintiff to respond to Defendant's first discovery requests served May 29, 2013, and for Defendant to respond to Plaintiff's Fist discovery requests served May 30, 2013 shall be extended until July 13, 2013.

Dated: July 3, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ *Paul J. Nicoletti* | /s/ *Jonathan LA Phillips* |
| Paul J. Nicoletti, Esq. (P44419) | Jonathan LA Phillips, Esq. |
| NICOLETTI & ASSOCIATES, PLLC | Shay Kepple Phillips, Ltd |
| paul@nicoletti-associates.com | jphillips@skplawyers.com |
| 36880 Woodward Ave, Suite 100 | 456 Fulton St. Ste. 255 |
| Bloomfield Hills, MI 48304 | Peoria, Illinos 61602 |
| Tel: (248) 203-7800 | Tel: (309) 494-6155 |
| Fax: (248) 203-7801 | Fax: (309) 494-6156 |
| E-Fax: (248) 928-7051 | *Attorney for James Helferich* |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

      I hereby certify that July 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By:    /s/ *Paul J. Nicoletti*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:12-cv-12586-PJD-MJH |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-13, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S FIRST DISCOVERY REQUESTS SERVED MAY 29, 2013, AND FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS SERVED MAY 30, 2013**

Upon stipulation of the parties' Stipulation for Extension of Time for Plaintiff to Respond to Defendant's First Discovery Requests Served May 29, 2013, and for Defendant to Respond to Plaintiff's First Discovery Requests Served May 30, 2013, and Court being otherwise duly advised in the premises, it is hereby:

ORDRED AND ADJUDGED: Plaintiff, Malibu Media, LLC, shall respond to Defendant's first discovery requests served May 29, 2013 by July 13, 2013.

IT IS FURTHER ORDERED: Defendant shall respond to Plaintiff's first discovery requests served May 30, 2013 by July 13, 2013.

IT IS SO ORDERED.

Dated: _____    _____
**UNITED STATES DISTRICT JUDGE**