UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MCSWEENEY, CHARLIE TOLLEY, JEREMIAH MCKINNEY, JAMES HELFERICH, ERNEST NURULLAEVA, an JOHN DOE 1 and 7,<br><br>Defendants. | Civil Action No. 1:12-cv-00842<br><br>**The Court notes that it acts upon motions, not stipulations. Accordingly, this request will be construed as a motion and the parties should refrain from moving by stipulation in the future, instead acting by joint motion when appropriate.** |

ORDER GRANTING
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HELFERICH TO
DISCLOSE EXPERT WITNESSES

Upon the stipulation of Defendant JAMES HELFERICH and Plaintiff MALIBU MEDIA, LLC, for an extension of time for Defendant Helferich to disclose expert witnesses, and the Court being otherwise duly advised in the premises, it is hereby:

ORDERED:   Defendant JAMES HELFERICH shall disclose expert witnesses to the Plaintiff by July 29, 2013.

IT IS SO ORDERED

Dated:   07/09/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution (L.R. 5.1(b) & 5.5)
All counsel of record via email generated by the Court's ECF system;
Pro Se litigant, via US Mail:
Ernest Nurulleva
1555 McCollough Drive
Indianapolis, Indiana 46260