```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


MALIBU MEDIA, LLC,               )
                                 )
           Plaintiff,            )
      vs.                        ) NO. 1:12-cv-00842-TWP-MJD
                                 )
ERNEST NURULLAEVA,               )
JAMES HELFERICH,                 )
                                 )
           Defendants.           )
```

### MINUTE ENTRY FOR JULY 23, 2013
### HEARING
### HON. MARK J. DINSMORE, MAGISTRATE JUDGE

This matter came before the Court for a hearing on an Order to Show Cause issued to Defendant, Ernest Nurullaeva. After discussion with Mr. Nurullaeva, the Court hereby discharges the Order to Show Cause.

Dated: 07/25/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Jonathan LA Phillips
SHAY KEPPLE PHILLIPS, LTD
jphillips@skplawyers.com

ERNEST NURULLAEVA
1555 McCollough Drive
Indianapolis, IN 46260