**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MCSWEENEY, CHARLIE TOLLEY, JEREMIAH MCKINNEY, JAMES HELFERICH, ERNEST NURULLAEVA, an JOHN DOE 1 and 7,<br><br>Defendants. | Civil Action No. 1:12-cv-00842-TWP-MJD |

**PROPOSED ORDER**

THIS MATTER, coming before the Court on Defendant James Helferich's Motion to Extend Discovery Deadlines, the Court being fully advised, it is now

ORDERED that deadlines for serving written discovery are extended until the latter of (i) fourteen days from compliance with the disputed discovery, or (ii) fourteen days from a denial of any Motion to Compel brought regarding the disputed discovery.

Dated: _____         Entered: _____

Distribution to all registered counsel by CM/ECF.

Distribution to *pro se* parties, as follows:
Ernest Nurullaeva
1555 McCollough Drive
Indianapolis, IN 46260
*Via First Class US Mail*