UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN MCSWEENEY, CHARLIE ) <br> TOLLEY, JEREMIAH MCKINNEY, JAMES ) <br> HELFERICH, ERNEST NURULLAEVA and ) <br> JOHN DOE 1 and 7, ) <br> ) <br>     Defendants. ) <br> ) | Civil Action Case No. <u>1:12-cv-00842-TWP-MJD</u> |

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JAMES HELFERICH

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, James Helferich ("Defendant"), from this action <u>without prejudice</u>. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  August 27, 2013

                                            Respectfully submitted,

                                            NICOLETTI & ASSOCIATES, PLLC

By:   <u>/s/ *Paul J. Nicoletti*</u>
       Paul J. Nicoletti, Esq. (P44419)
       36880 Woodward Ave, Suite 100
       Bloomfield Hills, MI 48304
       Tel:  (248) 203-7800
       Fax:  (248) 203-7801
       E-Fax: (248) 928-7051
       Email:  paul@nicoletti-associates.com
       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
Twin Towers Plaza
456 Fulton Street, Suite 255
Peoria, IL 61602
*Attorney for James Helferich*

Ernest Nurullaev
1555 McCollough Drive
Indianapolis, IN 46260
*Pro se*

                By:  /s/ *Paul J. Nicoletti*