UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MCSWEENEY, CHARLIE TOLLEY, JEREMIAH MCKINNEY, JAMES HELFERICH, ERNEST NURULLAEVA, an JOHN DOE 1 and 7,<br><br>Defendants. | Civil Action No. 1:12-cv-00842-TWP-MJD |

### MOTION TO ISSUE SANCTIONS

NOW COMES, a Defendant, JAMES HELFERICH, ("Helferich") by and through his attorneys, SHAY KEPPLE PHILLIPS, LTD., who moves this Honorable Court to Issue Sanctions. In support thereof, Helferich provides the contemporaneously filed memorandum and states as follows:

1. On or about June 18, 2012, the Plaintiff, through its Counsel, Paul Nicoletti, Esq., filed its frivolous Complaint, lacking in law and fact. (ECF Doc. 1).

2. That Complaint, after the identification of persons who merely paid Internet bills, was amended and refiled as the Amended Complaint on or about October 13, 2012. (ECF Doc. 18).

3. That the Plaintiff's filing of the Notice to Election of Statutory is without any reasonable basis in fact and law. (ECF Doc. 79).

4. All of the above could have been determined with even the faintest amount of reasonable investigation.

5. As further explained in the contemporaneously filed Memorandum, this Court should issue Sanctions under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, as well as this Court's "'well-acknowledged' inherent power of a court to levy sanctions in response to abusive litigation practices." *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 765 (1980).

6. Pursuant to Local Rule 7-1(g) Counsel for Helferich made reasonable efforts to confer with opposing counsel to resolve the matters raised herein, including by scheduling a telephone conference between

Attorneys Phillips and Nicoletti on August 27, 2013 at 12:00 PM, Eastern Time. This conference did not resolve the dispute. The discussion was confirmed and further discussed with email communications August 28, 2013.

WHEREFORE, the Defendant, JAMES HELFERICH, respectfully requests that this Court enter an Order Issuing Sanctions against the Plaintiff and/or its counsel, including attorney's fees, expert fee's, and costs.

Dated:  September 9, 2013            Respectfully submitted,

/s/ Jonathan LA Phillips
Jonathan LA Phillips
*One of Helferich's Attorneys*
Shay Kepple Phillips, Ltd
456 Fulton St.
Ste. 255
Peoria, Illinois 61602
309.494.6155 (p)
309.494.6156 (f)
jphillips@skplawyers.com

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2013 a copy of the foregoing Memorandum in Support of Motion to Strike was served to all relevant parties by:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
36880 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304
*Attorneys for Plaintiffs*
By Electronic Means of Filing through ECF.

James Dimos
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN 46244-0961
*Limited counsel for Ernest Nurullaeva*
By Electronic Means of Filing through ECF.

ERNEST NURULLAEVA
1555 McCollough Drive
Indianapolis, IN 46260
*Pro se*
By US Mail

/s/ Jonathan LA Phillips
Jonathan LA Phillips
Shay Kepple Phillips, Ltd
456 Fulton St.
Ste. 255
Peoria, Illinois 61602
309.494.6155 (p)
309.494.6156 (f)
jphillips@skplawyers.com
