UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) CASE NO. 1:12-CV-00842-TWP-MJD |
|           Plaintiff, | ) |
| v. | ) |
| ERNEST NURULLAEVA and JAMES HELFERICH, | ) |
|           Defendant. | ) |

## NOTICE OF JOINDER IN STIPULATION OF DISMISSAL WITH PREJUDICE

James Dimos, as court-appointed mediation assistance counsel to Defendant Ernest Nurullaeva in this matter, hereby notifies the Court that he joins in the stipulation of dismissal with prejudice filed by Plaintiff and Mr. Nurullaeva on September 10, 2013.

FROST BROWN TODD LLC

By: */s/James Dimos*
James Dimos, #11178-49

Attorneys for Ernest Nurullaeva

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 12th day of September, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul J. Nicoletti | Jonathan LA Phillips |
| NICOLETTI & ASSOCIATES, P.C. | SHAY KEPPLE PHILLIPS, LTD |
| pauljnicoletti@gmail.com | jphillips@kplawyers.com |

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 12th day of September, 2013, addressed to:

Ernest Nurullaeva
1555 McCollough Drive
Indianapolis, IN 46260

                                                */s/ James Dimos*
                                                James Dimos

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
jdimos@fbtlaw.com

INDLibrary2 0127692.0610128   1245456v1