IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                  Case No. 1:12-cv-00842-TWP-MJD

STEPHEN MCSWEENEY, CHARLIE TOLLEY, JEREMIAH MCKINNEY, JAMES HELFERICH, ERNEST NURULLAEVA and JOHN DOES 1 and 7,

       Defendants.

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Ernest Nurullaeva's claims against each other with prejudice, and the Court being fully advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Ernest Nurullaeva's claims against each other in this matter are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

SO ORDERED this day: 09/13/2013 .

                                              Hon. Tanya Walton Pratt, Judge
                                              United States District Court
                                              Southern District of Indiana

Distribution:

ERNEST NURULLAEVA
1555 McCollough Drive
Indianapolis, IN 46260

James Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Jonathan LA Phillips
SHAY KEPPLE PHILLIPS, LTD
jphillips@skplawyers.com