UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MCSWEENEY, CHARLIE TOLLEY, JEREMIAH MCKINNEY, JAMES HELFERICH, ERNEST NURULLAEVA, an JOHN DOE 1 and 7,<br><br>Defendants. | Civil Action No. 1:12-cv-00842-TWP-MJD |

> In light of the Dismissal of Plaintiff's claims against Defendant Helferich, Defendant Helferich's motion is DENIED AS MOOT.
> Dated: September 24, 2013
>
> /s/ Mark J. Dinsmore
> Mark J. Dinsmore
> United States Magistrate Judge
> Southern District of Indiana

**MOTION TO STRIKE**

NOW COMES, a Defendant, JAMES HELFERICH, ("Helferich") by and through his attorneys, SHAY KEPPLE PHILLIPS, LTD., who moves this Honorable Court to Strike Plaintiff's Notice of Plaintiff's Election of Statutory Damages (the "Notice"). In support thereof, Helferich provides the contemporaneously filed memorandum and states as follows:

1. On August 2, 2013, Plaintiff, Malibu Media, LLC filed its Notice. (ECF Doc. 79).

2. The election to statutory damages, in part, is unlawful as the alleged infringement occurred prior to the registration of the copyrighted works. *See,* 17 U.S.C. § 412.

WHEREFORE, the Defendant, JAMES HELFERICH, respectfully requests that this Court enter an Order striking the Notice.

Dated: August 12, 2013        Respectfully submitted,

/s/ Jonathan LA Phillips
Jonathan LA Phillips
*One of Helferich's Attorneys*
Shay Kepple Phillips, Ltd
456 Fulton St.
Ste. 255
Peoria, Illinois 61602
309.494.6155 (p)

<div style="text-align: right">
309.494.6156 (f)  
jphillips@skplawyers.com
</div>

## CERTIFICATE OF SERVICE

I certify that on August 12, 2013 a copy of the foregoing Memorandum in Support of Motion to Strike was served to all relevant parties by:

Paul J. Nicoletti  
NICOLETTI & ASSOCIATES, P.C.  
36880 Woodward Ave.  
Suite 100  
Bloomfield Hills, MI 48304  
*Attorneys for Plaintiffs*  
By Electronic Means of Filing through ECF.

James Dimos  
Frost Brown Todd LLC  
201 North Illinois Street, Suite 1900  
Indianapolis, IN 46244-0961  
*Limited counsel for Ernest Nurullaeva*  
By Electronic Means of Filing through ECF.

ERNEST NURULLAEVA  
1555 McCollough Drive  
Indianapolis, IN 46260  
*Pro se*  
By US Mail

<div style="margin-left: 50%">
/s/ Jonathan LA Phillips  
Jonathan LA Phillips  
Shay Kepple Phillips, Ltd  
456 Fulton St.  
Ste. 255  
Peoria, Illinois 61602  
309.494.6155 (p)  
309.494.6156 (f)  
jphillips@skplawyers.com
</div>